IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 1:95-cr-01019-MP-AK

GREGORY ROBERT ROLAND,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 148, Motion to Continue Revocation Hearing, filed by Defendant Gregory Roland. Defendant Roland was arrested on January 14, 2008, by the Levy County Sheriff's Office. Because he is currently incarcerated at the Levy County Jail, Defendant states that it would be impossible for him to attend the presently scheduled revocation hearing. Therefore, Defendant requests that the revocation hearing, currently scheduled for January 18, 2008, be continued. This request is granted, and the revocation of supervised release hearing is continued to Thursday, February 28, 2008, at 10:00 a.m.

       **DONE AND ORDERED** this   *15th* day of January, 2008

                                    *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge